**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

CHARLES MICHAEL SPARKS,

Plaintiff,

24 **CIVIL** 0455 (JLR)

-against-

**JUDGMENT**

THE NEW YORK TIMES COMPANY,

Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 17, 2026, defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

August 18, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**